# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FESTUS EBONKA,

    Plaintiff

v.

ABBEYBASH AUTO TRANSPORT, LLC and BASHIER SALAUDEEN,

    Defendants

Case No.: 2:21-cv-02253-APG-EJY

**Order Remanding Case**

In light of defendants Abbeybash Auto Transport, LLC and Bashier Salaudeen's voluntary notice of withdrawal of petition and supplemental petition for removal (ECF No. 10),

I ORDER that this case is remanded to the state court from which it was removed for all further proceedings. The clerk of court is instructed to close this case.

DATED this 31st day of January, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE